# EXHIBIT E

June 16, 2014                                                                                                             Download PDF ⬇    Share

# Motorola Solutions' Intelligent Data Portal Gives First Responders in the Field Instant Access to Enhanced Situational Awareness

SCHAUMBURG, Ill. – June 16, 2014 – Research shows that 89% of public safety decision-makers believe data is just as critical as voice communications. The new Intelligent Data Portal from Motorola Solutions, Inc. (NYSE:MSI) can help public safety agencies and commercial services that need a simple way to access their data in the field from multiple databases across different mobile devices and networks. Intelligent Data Portal is a mobile, cloud-based application that gathers contextual information from existing databases. It then organizes and maps it using role-based layers to show the location and context of people, resources, events and developing situations. Users in the field can see near real-time updates of data from sensors, surveillance cameras and other events to provide warnings of escalating and evolving situations.

Motorola is launching this end-to-end solution with technology from five vendors using one simple interface to help give Intelligent Data Portal users full visibility to information that can influence decision making in the field. AccuWeather uses real-time, high-resolution radar to track local storms, lightning strikes, wildfire reports, hurricanes and other environmental factors along with watches and warnings issued by the National Weather Service. Blueforce Tactical provides a secured exchange of information, giving users a shared awareness and extended presence of people, sensors and services. Drakontas' DragonForce Team Collaboration application provides real-time personnel tracking, text messaging, reporting and collaborative whiteboarding on maps and images for tactical planning. Intrado Beware® provides advanced information on people, places and things and dramatically increases first responder safety by alerting them to potentially dangerous situations while en route or at the location of a scene. The Omega Group's CrimeView Dashboard, which operationalizes a public safety agency's command process from priority identification to patrol design, has been enabled to make its incident, offender and mission-critical data available to field personnel through Intelligent Data Portal's interactive map display. Motorola is also actively collaborating with new vendors to deliver services for future releases of Intelligent Data Portal.

**KEY FACTS**

- Motorola's Intelligent Data Portal enables officers, incident commanders and investigators to access critical information from multiple data bases and provides a single, easy-to-use interface for one operating view. Information can also be shared with other agencies and across jurisdictions.

- The mobile application integrates with existing computer-aided dispatch (CAD) systems and the browser-based software is compatible with in-vehicle workstations, smart phones and tablets.

- On-demand information obtained from Intelligent Data Portal is displayed in an integrated view of data, alerts, incidents, personnel and resources and is layered to allow the user to decide what information to display or hide.

- Motorola's Professional Services help guide departments through visioning, training and needs assessments. Design and planning will also assist departments in preparation for implementing new technologies such as the Intelligent Data Portal.

**SUPPORTING QUOTE**

**Tim Boyle, vice president, Application Products and Solutions, Motorola Global Solutions and Services**

"Public safety agencies want the ability to deliver relevant information about developing situations to personnel in the field, no matter what smart device or mobile broadband network they're using. Motorola Solutions' Intelligent Data Portal displays an up-to-the minute view of location-based alerts and events such as shots fired, current weather conditions and fire alarms to give users active, strategic and on-demand information."

**SUPPORTING RESOURCES**

**Website:** Motorola Solutions Global Solutions and Services
**Website:** Motorola Solutions Intelligent Data Portal
**Website:** Motorola Solutions Public Safety
**Blog:** Data Aggregation Doesn't Have to be a Complex Task
**Facebook:** Motorola Solutions
**Twitter:** Motorola Solutions

**Contacts**
Motorola Solutions Media Contacts

VIEW ALL PRESS RELEASES

AC128