# EXHIBIT F



# STAY A STEP AHEAD AND ACT IN REAL TIME WITH INSTANT, ACTIONABLE INFORMATION

## MOTOROLA'S INTELLIGENCE-LED PUBLIC SAFETY SOLUTIONS



# THE CHALLENGE

### TURN NOISE INTO INFORMATION AND INFORMATION INTO ACTIONABLE INTELLIGENCE

Cities are being inundated with data flowing in from an overwhelming number of sources. Be it citizens communicating over social media, sensors providing real-time data or city-wide cameras streaming in surveillance video, data is now being measured in terabytes. In a single day 413 petabytes of data is produced by surveillance cameras alone[1]. And this flood of data is only expected to grow larger as the amount of data in the world is doubling every two years[2]!

Public safety agencies are grappling with the flood of data from an abundant number of sources as they fight crime. Turning video, social media, shared databases and a growing number of data sources into actionable intelligence continues to be a significant challenge for agencies across the world.

Whether you are a law enforcement executive seeking smarter ways to improve officer and community safety or a mayor focused on making government more efficient, effective and engaged with the community, you are being pressed to operationalize all the information that surrounds you.

- What can you do to make relevant data immediately available to your first responders to enable smarter policing and safer decisions on scene?

- How do you integrate and organize information flowing in from private data sources or your community and turn it into actionable intelligence?

- How can you use existing technology as part of a seamless flow of information to leverage analytics across many different systems so policing can be proactive — and even predictive?



**70%** of law enforcement agencies plan to implement or increase their use of predictive policing over the next five years to prevent or respond more efficiently to future crime[3].

AC130



# THE SOLUTION
**MOTOROLA'S INTELLIGENCE-LED PUBLIC SAFETY SOLUTIONS**

## ACT IN REAL-TIME
**SITUATIONAL AWARENESS AND SAFETY**

At the heart of our Intelligence Led Public Safety (ILPS) solutions is mid-incident support, providing actionable intelligence to those who need it most — at the moment they need it. Now your responders can approach an incident armed with more operational intelligence than ever before. Leverage inputs from multiple data sources and systems — such as live video, social media, sensors, video analytics, alarms, CAD and records in real-time. Whether it's information provided by a Real-Time Intelligence Client (RIC) operator or a mobile view of the field via Intelligent Data Portal (IDP), the result is more proactive responses and safer outcomes.

## TRANSFORM THE WAY YOU RESPOND
**MAXIMIZING OPERATIONAL EFFICIENCY**

Today's Intelligence-Led Public Safety solutions provide a common operational picture of all your multimedia and data sources to ensure you'll have the most efficient workflow. A single tool for incident monitoring, search, detection and event alerting enables actionable data to be quickly correlated and distributed in the command center and on the street. Integrating mission-critical voice capabilities coupled with data messaging ensures information is shared quickly and efficiently.

## BE READY FOR WHAT'S NEXT
**STRATEGIC PLANNING, PROACTIVE RESPONSE**

Discover trends in crimes and activities of interest to forecast future target locations so your resources are in the right places. Draw on advanced analytics to anticipate crowd formations, discover supsicious activities, detect gunshots or receive alerts via social media based on custom rules. Proactive capabilities can optimize your staff deployment, deter future crimes, and shorten incident response times. Integration into existing parole, crime, court, evidence and inspection databases into one view ensures you'll have the most complete situational picture.

---

**INTELLIGENCE-LED PUBLIC SAFETY**

The **Real-Time Intelligence Client (RIC)** and **Intelligent Data Portal (IDP)**, key foundational elements of our Intelligence-Led Public Safety (ILPS) solutions, transform vast amounts of data into actionable information.

IDP is a cloud-based mobile application that gathers location-based information from disparate databases and organizes it on a real-time map for improved situational awareness and strategic planning.

The RIC enables your command center to collect, analyze and share information from multiple data sources and systems along with multimedia in one application for better mid-incident support and proactive policing.

Combined with our mission critical devices and technical and operational support, our Intelligence-Led Public Safety portfolio provides end-to-end solutions for your agency.

# THE BENEFITS
## STRATEGIC PROACTIVE RESPONSE
## GREATER SITUATIONAL AWARENESS
## INCREASED OPERATIONAL EFFICIENCY

### CONNECT AND ENGAGE WITH YOUR COMMUNITY
Our solutions tap the best source of intelligence – your community. Leverage social media and citizen engagement solutions to respond and communicate in real-time with your communities more effectively. Now you can be proactive instead of reactive, reducing crime and increasing the safety of your officers and citizens.

### OPTIMIZE YOUR EXISTING RESOURCES
Our Intelligence-Led Public Safety (ILPS) solutions are staffed by those who know your jurisdiction best: your own officers, crime analysts and investigators. Our ILPS solutions leverage the systems you already have in place, from CAD to records, so it is easy and intuitive to use. As you upgrade or expand equipment, our solutions continue to consolidate data for officers and compress response times.

### UNCOVER THE CRIME BEFORE THE CALL
Even before a 9-1-1 call comes in, your agency is armed with a streamlined view of the community and analytics to identify patterns and trends in criminal activity.  You gain smarter ways to deploy resources and develop strategies to prevent illegal activity. Rather than catching a suspect after a carjacking, you can prevent the vehicle from being stolen.

### FITS YOUR EXISTING SYSTEM AND EXPANDS WITH YOU
Our flexible architecture brings disparate data and systems together so the flow of information fits your operating requirements today – and in the years ahead. Custom connectors and implementation allows you to leverage public data sources in addition to your existing data and communications equipment.

### KEEP FIRST RESPONDERS SAFE IN THE FIELD
Intelligence-Led Public Safety solutions arm officers with firsthand intelligence from video streams, sensors, alarms, maps and more. These collective, data-centric resources provide responders richer insight before they reach the scene – bolstering their situational awareness and safety.

### EMBRACE THE CLOUD
Our hosted solutions allow you to securely access your data from anywhere. Cloud deployments are measured in days, not months and reduce your initial investment and IT support costs. Furthermore agencies can easily share information for improved interoperability.

### PROVIDE CONTEXT TO CONTENT FOR INCREASED INTELLIGENCE
Utilize analytics and a common operating picture to make sense of the overwhelming amount of information being generated in your community each day. Easily share relevant mid-incident information like videos and snapshots with personnel in the field to help enhance their situational awareness, increase safety and improve incident closure rates.

### BRING VALUE TO YOUR DATA
Our solutions put your data to work. Use them to quickly seach through multiple disparate databases, apply advanced analytics to correlate different data sets, or generate dashboards and reports. Provide the insight that you need to make the best decisions for the safety of your citizens and personnel. And the right information to speed your investigations and gain efficiency for all of your operations.



Public Safety agencies recognize that our Intelligence-Led Public Safety solutions can be a 24/7 flow of data providing the right information and investigative support directly to the field. In addition, the advanced analytics of our solutions enhance situational awareness, helping officers make better proactive decisions and increase their safety.

AC132

## DISTRIBUTE REAL-TIME INFORMATION TO INCREASE SAFETY AND EMPOWER FIRST RESPONDERS

Think about how you are using multimedia and data today. Look at how you utilize information across your operations. What if you could use that information more effectively to shorten response times…improve officer safety and effectiveness…engage citizens and deploy resources proactively… and even prevent crime? Consider these common incidents and imagine what a fully integrated solution could do to help you turn information into actionable intelligence.

### REACTIVE ILPS RESPONSE


**6:48 AM**
A citizen texts 9-1-1 to report an armed robbery in progress at a pawn shop


**6:49 AM**
Dispatcher assigns units for response and notifies the Intelligence Operator


**6:50 AM**
Intelligence Operator views live feed from inside the store and sees the weapon used, description of suspect, the accomplice and the getaway vehicle


**6:52 AM**
Intelligence Operator takes a screen shot of the suspect and the vehicle and sends to responding units


**6:53 AM**
The Intelligence Operator performs a federated search through a unified view of cross jurisdictional databases for the vehicle's license plate number to find the owners name, known accomplices and address


**7:02 AM**
First responders quickly locate and apprehend the suspect



### PROACTIVE ILPS RESPONSE


**8:43 AM**
Gunshot sensors alert the RIC Intelligence Operator that a shot has been fired within a municipal building


**8:44 AM**
Social analytics automatically presents operator with postings that contain description and image of the shooter


**8:47 AM**
Intelligence Operator coordinates with Dispatch and sends out details to First Responders


**8:48 AM**
Incident command staff use Intelligent Data Portal to collaborate and monitor the situation in real time


**8:50 AM**
The Intelligence Operator and Command Staff monitor in-building video to locate/track the shooter and victims


**8:58 AM**
Live video from EMS of the victims' injuries is sent to the hospital before they arrive


**9:00 AM**
The Intelligence Operator uses social media to update citizens of incident details and pending resolution



# MANAGE THE COMPLEXITY
## STAY FOCUSED ON YOUR MISSION

Take advantage of a comprehensive portfolio of support services backed by expert project management to lead your deployment and operations. Known for design and engineering expertise, Motorola also offers pre- and post-deployment assessment, software development capabilities, testing and staging facilities and certified processes adhering to ISO, ITIL and more.  Motorola serves as a single point of accountability for planning, designing, deployment and integration of all solution elements, ensuring you have a trusted operational partner for the duration of your project.

Our solution specialists and engineers will work with you to understand your objectives and achieve your vision.  Upon benchmarking your existing operations, technology and assets as well as your policies and process, the optimal solution is configured detailing the architecture, interfaces, equipment and deployment required.

Motorola offers integration support and oversight for the development and deployment of your Intelligence-Led Public Safety solution.  Your data sources such as video, sensors, alarms and records are seamlessly integrated, validated and tested to ensure your system is fully optimized including full compliance to security and Information Assurance standards. Our engineers can also assist to interconnect multiple technologies as needed.

Rely on Motorola Solutions to help address the challenges faced in deploying, integrating and operating complex data systems to achieve the business results you need.

**DEVICES**　　**APPLICATIONS**　　**SERVICES**

## INTELLIGENCE-LED PUBLIC SAFETY SOLUTIONS

AC134



AC135

## SOURCES

1. "IHS. Big, Big, Big Data: The Rise of HD Video Surveillance Cameras Spurs Information Explosion." IHS Press Room. Web. 10 Oct. 2013.

2. Gantz, John, and David Reinsel. "The digital universe in 2020: Big data, bigger digital shadows, and biggest growth in the far east." IDC iView: IDC Analyze the Future (2012).

3. "Future Trends in Policing". Washington, D.C.: Office of Community Oriented Policing Services. Police Executive Research Forum, 2014.

To stay a step ahead of crime with instant, integrated information, visit **motorolasolutions.com/ilps**.

Motorola Solutions, Inc. 1301 East Algonquin Road Schaumburg, Illinois 60196, U.S.A.  800-367-2346  **motorolasolutions.com**

MOTOROLA, MOTO, MOTOROLA SOLUTIONS and the Stylized M Logo are trademarks or registered trademarks of Motorola Trademark Holdings, LLC and are used under license. All other trademarks are the property of their respective owners. © 2015 Motorola Solutions, Inc. All rights reserved.  RO-21-105B



AC136