# EXHIBIT H



# COMMANDCENTRAL INFORM
## SIMPLIFY INFORMATION. MAKE THE BEST DECISIONS.

**Can your team easily see the information that matters?** A single piece of information can often make the difference in directing the safest response. Yet, ensuring everyone has access to the right information and can quickly understand its relevance can be difficult. Keep everyone informed and in sync with a map-based common operating picture available anywhere they are, on any device from CommandCentral Inform.



**REQUEST A DEMO:**
Register Online at motorolasolutions.com/spssdemo

### MONITOR ACTIVITY FROM ANYWHERE
View all of your location-based data together, in real-time, on a single map display. This common operating picture can be accessed anywhere, from any internet-connected device.

### ACT WITH THE NECESSARY CONTEXT
Filter your view to only the datasets you need in the moment. Access critical event information such as incident reports, video, resource details, sensor statuses and more – directly from the map.

### COLLABORATE WITHOUT DISTRACTION
Your common operating picture is "view-only" with specific viewing permissions based on team. This ensures everyone is on the same page, with the information that matters.

**DATA SHEET** | COMMANDCENTRAL INFORM

**MOTOROLA** SOLUTIONS
AC211

## KEY FEATURES

**Unified Mapping:** See events like CAD incidents and sensor alarms, alongside resource locations like personnel and cameras, visualized on an ESRI-based map that can be customized with any of your agency's other data layers. This view is shared with CommandCentral Aware and can even include data layers from CommandCentral Analytics.

**Desktop & Mobile Accessibility:** Work seamlessly from desktop to mobile. CommandCentral Inform is accessible via web browser on any computer as well as from any tablet or smartphone running Android or iOS.

**Data Layer Filtering:** Each data source can be shown or hidden based on selecting or deselecting it in the data layer panel. This ensures users are seeing only what they need in that moment. Data layers can also be prioritized to ensure certain information takes visual precedence on the map.

**Critical Information Display:** Information associated with each event or resource on the map can be viewed in the critical information display. This includes things like incident details from a CAD event, video attachments or status readings from a sensor.

**Team-Based Permissions:** Restrict what personnel see based on what they need to be most effective. This ensures that consistent and relevant information is being referenced from a true common operating picture.

**"View-Only" Information Access:** Ensure workflows are unhindered by access to information in the simplest form possible. CommandCentral Inform's "view-only" design guarantees users are able to digest the information they need while staying focused.

## SITUATIONAL INTELLIGENCE FOR YOUR ENTIRE OPERATION

CommandCentral Inform provides the consolidated, map-based common operating picture needed to enhance decision-making at any part of your operation. Our CommandCentral Aware application goes a step further to help you better support a response with more robust situational intelligence by integrating that map-based common operating picture with real-time streaming video and native ASTRO® 25 console communications. CommandCentral Aware and CommandCentral Inform are built to work together seamlessly so personnel are collaborating most effectively across your operation, with actionable intelligence.

## INVEST FOR TODAY AND THE FUTURE WITH COMMANDCENTRAL

By integrating your technology investments with the cloud-based CommandCentral platform, you are breaking down silos so you can utilize future and existing technologies, together. Rapidly processing your various datasets extracts real-time, actionable intelligence that is then delivered through applications designed to meet your workflow needs.

Deploying with the cloud allows you to minimize capital expenditures, reduce overhead and easily scale to your agency's needs. You are also protected with end-to-end security, enabling compliance to all major security standards including CJIS, FedRAMP and FISMA.

If you ever have any questions or issues with your product, support services are included with your purchase of CommandCentral, available to you by phone or email 24/7/365.

## DO EVEN MORE
Take advantage of these additional capabilities sold separately.



### DRAGONFORCE
**Drakontas Collaboration Tools**

Ensure users have a clear idea of what is happening on the ground with the DragonForce digital whiteboarding add-on for CommandCentral Inform.

DragonForce, from Drakontas Collaboration Tools, allows mobile teams to create and execute tactical action plans quicker, safer and more effectively through better information sharing. This integration allows you to extend real-time annotations from the DragonForce digital whiteboard to CommandCentral Inform so operators know exactly how an incident is unfolding.



### RHODIUM INCIDENT MANAGEMENT
**Incident Response Technologies (IRT)**

Keep users laser focused during an emergency response with the Rhodium incident action planning add-on for CommandCentral Inform.

For events large and small, Rhodium Incident Management, from Incident Response Technologies, allows agencies to consolidate information, coordinate assets, and pre-plan for a more cohesive incident response. This integration allows you to extend those incident action plans, ICS documents and response procedures directly into the hands of CommandCentral Inform users so everyone is on the same page when it matters most.

For more information about CommandCentral Inform, visit motorolasolutions.com/inform



Motorola Solutions, Inc. 500 West Monroe Street, Chicago, Il 60661 U.S.A. **motorolasolutions.com**

MOTOROLA, MOTO, MOTOROLA SOLUTIONS and the Stylized M Logo are trademarks or registered trademarks of Motorola Trademark Holdings, LLC and are used under license. All other trademarks are the property of their respective owners. © 2017 Motorola Solutions, Inc. All rights reserved.  10-2017