# EXHIBIT I



# COMMANDCENTRAL AWARE

## HAVE EYES ON THE SCENE WITHIN SECONDS



CommandCentral Aware in a single-screen configuration

**REQUEST A DEMO:**
Register Online at
motorolasolutions.com/
software

CommandCentral Aware provides a complete operating picture, integrating real-time intelligence remotely in the command center to assist officers in the field. Voice, data and video can be monitored simultaneously by a single analyst to supervise threats or head off trouble on the streets. Use as a "virtual patrol" or to assist with incident response,  CommandCentral Aware has delivered proven results helping agencies improve decision-making and reduce crime.

### STREAMLINE DATA ACCESS AND ANALYSIS FOR A COMPLETE OPERATING PICTURE

Consolidate camera feeds, incident information, resource locations and other alerts into a single interface. View information however you prefer: on a map or an activity monitor -- or both -- with related information based on rules you establish that can trigger automated actions based on the situation. Each user can customize the view based on responsibility.

### DETECT AND VERIFY THREATS WITH MORE CERTAINTY

Get eyes on scene in real-time with integrated video feeds from your video management systems. Let the software help you know where to look: organize video feeds based on location or other procedures that alert you. Instantly run searches to garner more information about any suspicious activity during a "virtual patrol" or while assisting a response.

### KEEP FIELD RESPONDERS PROTECTED

Connect command staff with the field via voice or with text and multimedia messaging to share the latest situational intelligence immediately. Send video, pictures or incident updates to aid response with the right information, to the right people, at the right time.

**DATA SHEET** | COMMANDCENTRAL AWARE

MOTOROLA SOLUTIONS

AC213

**FEATURES**

- **Geospatial Event Mapping:** See camera locations, CAD incidents, personnel status and location, open-source data alerts, sensors and more, on a map that can be customized with any of your agency's other data layers.

- **Activity Monitor:** View a real-time feed of alerts and incident occurrences as they populate on the map. Each event can be viewed in detail with information drawn from additional data sources pertaining to that specific event.

- **Rules Engine:** Automate workflows by associating related data together from disparate systems to get a comprehensive picture of the incident or threat occurrence. This can include video sources, related open-source data alerts, a CAD incident, sensor alarms and more.

- **Real-Time Video Streaming:** Virtually patrol your community or get eyes on the scene of an event in seconds by viewing up to 16 cameras simultaneously from fixed or mobile video feeds via any video management system you use. Easily reference the video source, date, time and location as well as customize camera groups for quicker access to particular locations.

- **Federated Query:** Query your records management systems as well as other accessible local, state and national databases to gather additional information to support an incident response in real time.

- **Unified Voice and Data Communication:** Integrate the MCC 7100 IP Dispatch Console to monitor and communicate directly with field personnel. Distribute actionable intelligence by text or multimedia messaging through a smart client.

- **Security Compliance:** Applications are secured and compliant to all major security standards including CJIS, FedRAMP and FISMA.

**MONITOR ACTIVITY FROM ANYWHERE WITH COMMANDCENTRAL INFORM**

This optional module provides a map-based common operating picture from CommandCentral Aware accessed from any Internet-connected device. Users have view-only access to device, events and alert locations based on preset team viewing permissions. Ideal for command staff out in the field to quickly stay informed of the latest intelligence simultaneously with the command center.

**INVEST FOR TODAY AND THE FUTURE WITH COMMAND CENTER SOFTWARE**

Expect more from your technology. Leverage your existing investments with our Command Center Software suite to streamline your operations from call to case closure.  Purpose-built applications are designed to meet your specific workflow needs and increase safety for your team and your community. Save clicks. Save seconds. Save lives.

For more information about CommandCentral Aware, visit
motorolasolutions.com/aware



MOTOROLA, MOTO, MOTOROLA SOLUTIONS and the Stylized M Logo are trademarks or registered trademarks of Motorola Trademark Holdings, LLC and are used under license. All other trademarks are the property of their respective owners.  ©2018 Motorola Solutions, Inc. All rights reserved.  07-2018

AC214