IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| APPLIED CAPITAL, INC., | § |
| *Plaintiff,* | § Civil Case No. 6:22-cv-00304-JDK |
| v. | § JURY TRIAL DEMANDED |
| MOTOROLA SOLUTIONS, INC., | § |
| *Defendants.* | § |

**ORDER GRANTING MOTOROLA SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

Before the Court is Motorola Solutions, Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim. After consideration of said motion, the Court finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, that Applied Capital, Inc.'s Complaint against Motorola Solutions, Inc. in the above-captioned case is hereby dismissed in its entirety.